In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-384 CV


____________________



CEDRIC BAZILE, INDIVIDUALLY AND AS 


REPRESENTATIVE OF OTHERS SIMILARLY SITUATED, Appellant



V.



MEMORIAL HERMANN HEALTHCARE SYSTEM AND 


BAPTIST HOSPITALS OF SOUTHEAST TEXAS, Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-167440






 MEMORANDUM OPINION 


 On January 5, 2006, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. Appellant did not respond. The
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. There
being no satisfactory explanation for the failure to file the record, the appeal is dismissed for
want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.


 ___________________________

 DAVID GAULTNEY

 Justice



Opinion Delivered February 16, 2006

Before McKeithen, C.J., Gaultney, and Horton, JJ.